1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  BARBARA J. SEIDMAN, State Bar No. 137638
   Supervising Deputy Attorney General
3  JUDITH A. RECCHIO, State Bar No. 163060
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone:  (916) 322-5526
6   Fax:  (916) 324-5567
    E-mail:  Judith.Recchio@doj.ca.gov
7  *Attorneys for Defendant Jonathan Meltzer*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUDY LACHICA,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**JONATHAN MELTZER (IN HIS PERSONAL CAPACITY),**<br><br>　　　　　　　　　　Defendant. | Case No. 2:09-CV-00222-GEB-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER RE: FILING DATE FOR DEFENDANT'S RESPONSE TO COMPLAINT**<br><br>Action Filed:  November 17, 2008 |

THE PARTIES HERETO, BY AND THROUGH THEIR ATTORNEYS OF RECORD,

HEREBY STIPULATE AND AGREE AS FOLLOWS:

　　　Plaintiff Rudy Lachica ("Plaintiff"), and Defendant Jonathan Meltzer ("Defendant"), collectively referred to as "Parties" unless otherwise specifically referred to, hereby stipulate as follows:

　　　1.　　On or about May 9, 2009, Plaintiff served its Complaint in this action on Defendant Jonathan Meltzer.

　　　2.　　Based upon the May 9, 2009 service date, Defendant must file an answer or a motion to dismiss no later than May 29, 2009.

1

3. The Parties have agreed and hereby stipulate to a 14-day extension of time within which Defendant must file its responsive pleading to the Complaint.  Therefore, Defendant's responsive pleadings, whether answer or motion to dismiss, shall be filed no later than Thursday, June 11, 2009.

4. The Parties respectfully request that the Court enter this stipulation as an order.

IT IS SO STIPULATED AND AGREED:

Dated: May __, 2009                                    _____
                                                       JAMES MCGLAMERY, Attorney for *Plaintiff Rudy Lachica*

Dated: May __, 2009                                    _____
                                                       JUDITH A. RECCHIO, Deputy Attorney General, Attorney for *Defendant Jonathan Meltzer*

**IT IS SO ORDERED**

Dated: 6/1/09

_____
GARLAND E. BURRELL, JR.
United States District Judge

SA2008101521
Lachica-Stipulation to Extend Time.doc

2