IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| RUDY LACHICA,<br><br>           Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, DEPARTMENT OF ALCOHOL AND DRUG PROGRAMS; JONATHAN MELTZER (in his personal capacity)<br><br>           Defendants. | 2:09-cv-00222-GEB-DAD<br><br><u>ORDER RE: SETTLEMENT AND DISPOSITION</u> |

On September 30, 2009 Plaintiff filed a Notice of Settlement in which she states "this case was settled at a Settlement Conference before the California State Personnel Board (SPB) on September 15, 2009." Further, Plaintiff states the Settlement Agreement "is to be submitted this week to the [SPB] for approval. All counsel expect the SPB to approve the Agreement; however it may take thirty (30) days for the SPB to provide its approval of this Agreement" and upon approval of the Agreement, Plaintiff will file a "Stipulation of Dismissal." Therefore, a dispositional document shall be filed no later than October 30, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action

without prejudice, and a dismissal order could be filed.  <u>See</u> L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Dated:  October 2, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge